IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MILTON CHERRY, M10123, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-cv-00473-JPG-PMF |
| ) | |
| DR. CALDWELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM AND ORDER

This matter comes before the court on defendant, Reynal Caldwell, M.D. Motion (Doc. 43) to Dismiss for Failure to Prosecute and Second Motion (Doc. 50) to Dismiss.  Plaintiff did not file a response to defendant's Motion (Doc. 43) to Dismiss and the time for doing so has expired.

Defendant motioned this court to dismiss Plaintiff's cause of action for his failure to respond to discovery requests.  The Court issued an order (Doc. 44) directing the Plaintiff to respond to the discovery within 14 days and the Court further warned that failure to comply could result in dismissal of this action.

Federal Rule of Civil Procedure 37(b)(2)(v) provides that the Court may dismiss an action, in whole or in part, for a party failure to obey an order to provide discovery.  The Plaintiff was provided ample opportunity to respond to the defendant's discovery requests and he was warned by this Court, in a separate order, that failure to response could result in dismissal of this action.

As such, Plaintiff's Motion (Doc. 43) to Dismiss is **GRANTED** and this matter is DISMISSED without prejudice.  The Clerk of Court is **DIRECTED** to enter judgment accordingly and Defendant's Second Motion (Doc. 50) is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED:  11/24/2015             *s/J. Phil Gilbert*
                               **J. PHIL GILBERT**
                               **DISTRICT JUDGE**